UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW U.D. STRAW,<br><br>                Plaintiff,<br><br>   v.<br><br>AVVO INC.,<br><br>                Defendant. | CASE NO. 2:20-cv-00294-JLR<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable James L. Robart.

DATED this 25th day of February, 2020.

                                                              BRIAN A. TSUCHIDA
                                                             Chief United States Magistrate Judge