UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW U. D. STRAW,<br><br>      Plaintiff,<br><br>  v.<br><br>AVVO, INC.,<br><br>      Defendant. | CASE NO. C20-0294JLR<br><br>ORDER |

Before the court are three motions filed by *pro se* Plaintiff Andrew U. D. Straw: (1) a "motion for operative complaint to be recognized instanter and clerk to issue summons for service" (the "First Motion") (*see* 1st Mot. (Dkt. # 14) at 1); (2) a "motion regarding service" (the "Second Motion") (*see* 2d Mot. (Dkt. # 17) at 1); and (3) a "new motion for PACER access and refunds" (the "Third Motion") (*see* 3d Mot. (Dkt. # 18)). For the reasons set forth below, the court DENIES each motion.

The First and Second Motions request that the court order the United States Marshals Service to serve Mr. Straw's summons and complaint using certain methods of

ORDER - 1

service that Mr. Straw prefers. (*See* 1st Mot. at 1-2; 2d Mot. at 1-2.) Pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), the court ordered the United States Marshal or Deputy Marshal to serve the summons and complaint in this matter before Mr. Straw filed either of his motions. (*See* 3/11/20 Order (Dkt. # 10) at 2-4.) Pursuant to that order, the United States Marshals Service and the Clerk are diligently attempting to serve the complaint and summons. (*See, e.g.*, 4/9/20 Dkt. Entry; 4/17/20 Dkt. Entry; 5/14/20 Dkt. Entry (Dkt. # 16); 5/28/20 Dkt. Entry; 6/8/20 Dkt. Entry.) Thus, the First and Second Motions request relief the court has already granted— a court order directing the United States Marshals Service to serve the summons and complaint. (*See* 3/11/20 Order at 2-4.) Accordingly, the court DENIES the First and Second motions.

Mr. Straw's Third Motion requests free access to PACER and a court order refunding Mr. Straw's prior PACER charges. (*See* 3d Mot. at 1-3.) The court has already denied Mr. Straw's request for free PACER access. (*See* 3/11/20 Order at 2-3.) Mr. Straw also fails to cite any statute, caselaw, or procedural rule that allows him to file a motion requesting PACER refunds and an order from the court "that PACER stop toying" with him. (*See* 3d Mot. at 1-3.) Thus, the court DENIES the Third Motion.

Dated this 12th day of June, 2020.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2