UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW U. D. STRAW,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>AVVO, INC.,<br><br>　　　　　　　Defendant. | CASE NO. C20-0294JLR<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

Before the court is Plaintiff Andrew U. D. Straw's motion for reconsideration (Mot. (Dkt. # 21)) of the court's order denying his second motion for PACER access and refunds (6/12/20 Order (Dkt. # 20)). For the reasons stated below, the motion for reconsideration is DENIED.

Pursuant to Local Civil Rule 7(h)(1), motions for reconsideration are disfavored, and the court ordinarily will deny such motions unless the moving party shows (a) manifest error in the prior ruling, or (b) new facts or legal authority which could not have been brought to the court's attention earlier with reasonable diligence. Local Rules W.D.

ORDER - 1

Wash. LCR 7(h)(1).  Mr. Straw fails to identify manifest error in the court's prior ruling, and he presents no new facts or legal authority that could not have been brought to the court's attention earlier with reasonable diligence.  (*See generally* Mot.)  Instead, Mr. Straw re-raises arguments regarding PACER access and refunds that the court has already analyzed and denied in two prior orders.  (*See* 6/12/20 Order at 2; 3/11/20 Order (Dkt. # 10) at 2-3; Mot. at 1-6.)

Because Mr. Straw has not made a showing of manifest error in the court's prior ruling or brought to the court's attention any new facts or legal authority that could not have been brought to the court's attention earlier with reasonable diligence, the court DENIES Mr. Straw's motion for reconsideration (Dkt. # 21).

Dated this 15th day of June, 2020.

JAMES L. ROBART
United States District Judge