```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
 8                            AT SEATTLE
 9
10   ANDREW U.D. STRAW,                    CASE NO. C20-0294JLR

11                    Plaintiff,           ORDER
              v.
12
     AVVO, INC.,
13
                      Defendant.
14
```

15      Before the court is a referral notice from the Ninth Circuit Court of Appeals (9th

16 Cir. No. 21-35848 (Dkt. # 6)) requesting that this court determine whether Plaintiff

17 Andrew U.D. Straw's *in forma pauperis* status should continue during his appeal or

18 whether his appeal is frivolous or taken in bad faith. *See* 28 U.S.C. § 1915(a)(3) ("An

19 appeal may not be taken in forma pauperis if the trial court certifies in writing that it is

20 not taken in good faith."); *see also* Fed. R. App. P. 24(a)(3)(A).  An appeal is frivolous if

21 it lacks any arguable basis in law or fact.  *Neitzke v. Williams*, 490 U.S. 319, 325, 327

22 (1989).

ORDER - 1

1  On August 27, 2020, the court granted Avvo's motion to dismiss Mr. Straw's
2  amended complaint and granted Mr. Straw leave to amend.  (*See* 8/27/20 Order (Dkt.
3  # 44).)  Mr. Straw filed his second amended complaint on August 28, 2020.  (*See* 2d Am.
4  Compl. (Dkt. # 45).)  On November 9, 2020, the court granted Avvo's motion to dismiss
5  Mr. Straw's second amended complaint—this time with prejudice and without leave to
6  amend—because Mr. Straw did not address the deficiencies identified in the court's prior
7  order.  (*See* 11/9/20 Order (Dkt. # 55); *see also* Judgment (Dkt. # 56).)  Mr. Straw
8  appealed the dismissal to the Ninth Circuit Court of Appeals.  (*See* Not. of Appeal (Dkt.
9  # 57).)  His appeal is still pending.  (*See generally* Dkt.)

10  On April 2, 2021, Mr. Straw moved for the recusal of the undersigned.  (1st Mot.
11  to Recuse (Dkt. # 59).)  Chief Judge Ricardo Martinez affirmed the undersigned's order
12  declining voluntary recusal and denied Mr. Straw's motion for reconsideration of that
13  order.  (*See* 1st Order Denying Voluntary Recusal (Dkt. # 60); 1st Order Affirming Order
14  Declining to Recuse (Dkt. # 61); 1st Order Denying Mot. to Reconsider (Dkt. # 63).)

15  On October 5, 2021, Mr. Straw again moved for the recusal of the undersigned
16  pursuant to 28 U.S.C. § 144.  (*See generally* 2d Mot. to Recuse (Dkt. # 65).)  He argued,
17  as he did in his first motion for reconsideration, that the undersigned must be removed
18  from this case due to "political facts," including a vast Republican conspiracy against him
19  made up of attorneys at Avvo's counsel's law firm; judges in Indiana, the Seventh Circuit
20  Court of Appeals, and this district; and managers of an alleged parent company of Avvo.
21  (*See* 2d Mot. to Recuse at 1, ¶ 1 (citing 2d Mot. for Reconsideration (Dkt. # 64), Exs. A
22  & B); 2d Mot. for Reconsideration ¶¶ 2, 5-7, 9-10, 13-14, 16, 20.)  Mr. Straw also

reasserted his prior argument that recusal is necessary because one of this court's prior law clerks began to work for Avvo's counsel's law firm after his clerkship ended. (*See* 2d Mot. for Reconsideration ¶ 21.)

The undersigned again declined to voluntarily recuse himself because he "harbors no bias against Mr. Straw or in favor of Avvo or its attorneys." (2d Order Denying Voluntary Recusal (Dkt. # 67) at 4.) As the court stated in its second order denying voluntary recusal, Mr. Straw's "'baseless speculation' about a Republican conspiracy against him 'does not serve . . . as a basis for judicial disqualification,'" and "the fact that a former law clerk now works for a law firm that represents a party in a matter before the court does not, without more, provide a basis for recusal." (*See id.* (first citing 1st Order Denying Mot. to Reconsider at 2-3; and then citing *Omni Innovations LLC v. Smartbargains.com LP*, No. C06-1129JCC, 2009 WL 3248084, at *2 (W.D. Wash. Oct. 9, 2009)).) That same day, Mr. Straw filed a notice of appeal of the court's second order denying voluntary recusal. (NOA (Dkt. # 68).)

Accordingly, the court CERTIFIES that Mr. Straw's appeal of the court's second order denying voluntary recusal is frivolous and not taken in good faith. For this reason, Mr. Straw's *in forma pauperis* status should not continue during his appeal. Pursuant to Federal Rule of Appellate Procedure 24(a)(4), the court further DIRECTS the clerk to send a copy of this order to Mr. Straw and the Ninth Circuit Court of Appeals.

//

//

//

ORDER - 3

1    Dated this 8th day of November, 2021.

								JAMES L. ROBART
								United States District Judge