AO 10
Rev. 1/2022

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2021

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | |
|---|---|
| **1. Person Reporting** (last name, first, middle initial): Robart, James L. | **2. Court or Organization:** U.S. Dist Court, W.D. of WA |
| **3. Date of Report:** 05/02/2022 | |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time): U.S. Dist. Judge (senior status) | **5a. Report Type** (check appropriate type): Annual ✔ |
| **5b.** Amended Report | |
| **6. Reporting Period:** 01/01/2021 to 12/31/2021 | |

**7. Chambers or Office Address:**
700 Stewart Street, 14th Floor
Seattle, WA 98101

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 345 Trustees, Executors, Administrators, and Custodians; § 350 Power of Attorney; § 355 Outside Positions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee Emeritus | Whitman College |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 340 Agreements and Arrangements )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 9 | Robart, James L. | 05/02/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 320 Income; § 360 Spouses and Dependent Children.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 3 of 9 | Robart, James L. | 05/02/2022 |

**V. GIFTS.** *(Includes those to spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 330 Gifts and Reimbursements; § 360 Spouses and Dependent Children.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 335 Liabilities; § 360 Spouses and Dependent Children.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | Bank of America | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 9 | Robart, James L. | 05/02/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 1. | Key Bank | A | Interest | K | T | | | | |
| 2. | Key Bank | A | Interest | J | T | | | | |
| 3. | Oak Harbor, WA Island Cnty Rental Property (2022 - $79,410) | B | Rent | | S | | | | |
| 4. | BROKERAGE ACCOUNT #1 (H) | | | | | | | | |
| 5. | -- Starbucks Common Stock | E | Dividend | P1 | T | Sold (part) | 12/08/21 | N | G |
| 6. | -- Charles Schwab Bank (fomerly Schwab Money Fund) | A | Interest | P1 | T | | | | |
| 7. | -- MSCI Em. Mkts I-Shares | E | Dividend | P1 | T | | | | |
| 8. | -- MSCI EAFE Index Fund | E | Dividend | N | T | | | | |
| 9. | -- S&P 600 I-Shares | E | Dividend | P1 | T | | | | |
| 10. | -- Vanguard REIT Fund | E | Dividend | O | T | | | | |
| 11. | -- S&P 500 IShares | E | Dividend | P1 | T | | | | |
| 12. | -- SVB Fin. Grp. (formerly Boston Priv. Fin. Hldg.) | B | Dividend | L | T | | | | |
| 13. | | F | Distribution | | | | | | |
| 14. | -- Rackspace Tech. | | None | K | T | Buy | 01/11/21 | K | |
| 15. | -- Upstart Hldgs. | | None | L | T | Buy | 01/11/21 | L | |
| 16. | Chevron Common Stock | E | Dividend | N | T | | | | |
| 17. | BROKERAGE IRA #1 (H) | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 5 of 9 | Robart, James L. | 05/02/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) |
| 18.   -- MSCI EAFE Index I-Shares | E | Dividend | P1 | T | | | | |
| 19.   -- S&P Small Cap 600 I-Shares | F | Dividend | P1 | T | | | | |
| 20.   -- S&P 500 I-Shares | E | Dividend | P1 | T | | | | |
| 21.   -- Charles Schwab Bank (formerly Schwab Money Fund) | C | Interest | P1 | T | | | | |
| 22.   -- U.S. TIPS | B | Interest | O | T | Matured (part) | 04/15/21 | M | |
| 23. | | | | | Buy (add'l) | 04/20/21 | N | |
| 24.   -- Vanguard REIT | E | Dividend | P1 | T | | | | |
| 25.   -- Emrg. Mkt. I-Share | E | Dividend | O | T | | | | |
| 26.   -- Bank of America Notes | D | Interest | M | T | | | | |
| 27.   -- J.P. Morgan Chase | D | Interest | L | T | | | | |
| 28.   -- General Electric Note | D | Interest | | | Redeemed | 02/11/21 | M | |
| 29.   -- Toyota Auto Receiv. | C | Interest | | | Redeemed | 09/15/21 | M | |
| 30.   -- Merck Bond | D | Interest | M | T | | | | |
| 31.   -- Franklin Resources Note | D | Interest | M | T | | | | |
| 32.   -- Morgan Stanley C.D. | D | Interest | M | T | Redeemed (part) | 01/21/21 | L | |
| 33.   -- Comenity Capital Bank C.D. | C | Interest | M | T | | | | |
| 34.   -- Royal Bank CDA notes | C | Interest | M | T | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 6 of 9 | Robart, James L. | 05/02/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) |
| 35.  -- Wells Fargo | D | Interest | N | T | | | | |
| 36.  -- Citibank C.D. | C | Interest | M | T | | | | |
| 37.  -- Goldman Sachs Bonds | C | Interest | M | T | | | | |
| 38.  -- Sallie Mae Bank CD | B | Interest | M | T | | | | |
| 39.  -- Union P. Bond | C | Interest | L | T | Buy | 01/11/21 | M | |
| 40.  -- Morgan Stanley Bond | D | Interest | M | T | Buy | 07/27/21 | M | |
| 41.  -- BNY Mellon | D | Interest | M | T | Buy | 10/06/21 | M | |
| 42.  BROKERAGE IRA #2 (H) | | | | | | | | |
| 43.  -- Janus Balanced Mut. Fund | C | Dividend | L | T | | | | |
| 44.  -- T.R. Price New Asia Mut. Fund | C | Dividend | L | T | | | | |
| 45.  -- Charles Schwab Bank (formerly Schwab Money Fund) | A | Interest | J | T | | | | |
| 46.  -- MSCI EAFE Index Fund | B | Dividend | L | T | | | | |
| 47.  -- S&P 500 I-Shares | D | Dividend | N | T | | | | |
| 48.  -- MSCI Em. Mkts I Share | C | Dividend | L | T | | | | |
| 49.  -- S&P Small Cap 600 I Shares | D | Dividend | M | T | | | | |
| 50.  -- IBM | A | Dividend | J | T | | | | |
| 51.  -- Vanguard REIT | C | Dividend | L | T | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT Page 7 of 9 | Name of Person Reporting Robart, James L. | Date of Report 05/02/2022 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS

*-- income, value, transactions (Includes those of spouse and dependent children; see Guide to Judiciary Policy, Volume 2D, Ch. 3, § 310 Reporting Thresholds for Assets; § 312 Types of Reportable Property; § 315 Interests in Property; § 320 Income; § 325 Purchases, Sales, and Exchanges; § 360 Spouses and Dependent Children; § 365 Trusts, Estates, and Investment Funds.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g, div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g, buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) |
| 52. | -- Kyndryl Hldgs. | | | J | T | Spinoff (from line 50) | 11/03/21 | J | |
| 53. | Vanguard Intl. Tax Managed Fund | F | Dividend | P1 | T | | | | |
| 54. | 7MB Tech. Corp. | | None | K | T | | | | |
| 55. | Builders Capital Part. | D | Dividend | L | T | | | | |
| 56. | | G | Distribution | | | | | | |
| 57. | Boeing Employees Credit Union | A | Interest | J | T | | | | |
| 58. | BROKERAGE ACCOUNT #2 (H) | | | | | | | | |
| 59. | -- City National Bank | A | Interest | J | T | | | | |
| 60. | -- Balbec V L.P. | B | Dividend | L | T | Buy | 10/20/21 | L | |
| 61. | -- Ellington Part III L.P. | A | Dividend | M | T | Buy | 12/13/21 | M | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 8 of 9 | Robart, James L. | 05/02/2022 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1:

Part VII, Brokerage Account # 1, Line 6;  Brokerage IRA #1, Line 21; and Brokerage IRA #2, line 45:   In previous reports, these were listed as "Schwab Money Fund."  They should correctly be listed as Charles Schwab Bank accounts.

Note 2:

Part VII, Brokerage Account # 1, Lines 12 and 13:   Boston Priv. Fin. Hldg. was acquired by SVB Fin. Grp. in a stock and cash transaction.  Line 12 includes the value of the new stock and the dividends received.  Line 13 includes the cash distribution received in the acquisition

Note 3:

Part VII, Brokerage IRA, Line 52 (Kyndryl Hldgs.) is a spin-off from Line 50 (IBM).

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 9 of 9 | Robart, James L. | 05/02/2022 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:   s/ **James L. Robart**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite G-330
One Columbus Circle, N.E.
Washington, D.C. 20544