

# explain the connection between KKR investments and Rackspace Tech

**Connection between KKR investments and Rackspace Technology:**

KKR & Co. is a major global investment firm with a significant presence in private equity, including in the technology sector. Rackspace Technology is a leading multicloud technology services company providing end-to-end cloud services.

The direct connection is that **KKR, along with Accel-KKR, is a principal investor in Rackspace Technology**. Rackspace appears as a portfolio company associated with Accel-KKR, which is a technology-focused investment partnership involving KKR[1]. This means KKR is substantially involved in the ownership and growth financing of Rackspace Technology.

More specifically:

- KKR has invested in Rackspace as part of its growth equity strategy, aiming to support technology-focused companies that have scalable products and markets[2].
- Rackspace was taken private in a deal involving private equity firms, including KKR-affiliated funds[2] [3].
- Through this investment, KKR leverages its capital, relationships, and expertise to help Rackspace expand its offerings and global reach in cloud and multicloud services[1] [2].

Thus, the connection is that **KKR acts as a significant investor and growth partner for Rackspace Technology, supporting its development as a major cloud service provider** through private equity and growth capital.



1. https://www.accel-kkr.com/portfolio-company/rackspace/
2. https://www.businessinsider.com/kkr-growth-equity-fund-2016-9
3. https://www.sec.gov/Archives/edgar/data/1810019/000119312520210692/d915709d424b4.htm