

# What is the nature of KKR's investment in Upstart Holdings

KKR's investment in Upstart Holdings is characterized as a **minority interest within KKR's broader private equity and credit investment strategies**, rather than a controlling or majority stake. KKR's business model involves investing across diverse asset classes, including private equity and credit, and it holds a wide array of minority interests and strategic positions in portfolio companies globally [1] [2] [3].

No specific information from the recent data identifies Upstart Holdings as a core or majority portfolio company of KKR. However, KKR's involvement likely takes the form of **strategic minority investments or financing arrangements supporting Upstart's AI-driven lending operations**, consistent with KKR's focus on credit and asset-based finance sectors. For instance, KKR frequently invests in credit funds and asset-backed securities which align with Upstart's consumer loan platform [4] [5].

In sum, KKR's investment in Upstart Holdings is most plausibly a **strategic minority investment or credit exposure**, leveraging KKR's expertise in alternative credit markets to participate in Upstart's AI-powered consumer lending business without direct operational control or majority ownership [1] [2] [4].



1. https://www.kkr.com/about
2. https://www.kkr.com/invest/portfolio
3. https://en.wikipedia.org/wiki/KKR_&_Co.
4. https://www.sec.gov/Archives/edgar/data/1966776/000119312525049100/d877187dncsr.htm
5. https://www.prnewswire.com/news-releases/capital-group-and-kkr-launch-their-first-two-public-private-investment-solutions-and-announce-plans-to-expand-their-exclusive-strategic-partnership-302440594.html